

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **19−21688 − LSS**   Chapter: **11**

**Esther Elenora Pena,**
Debtor

## MEMORANDUM TO DEBTOR

On February 5, 2020, Debtor filed a Motion for Violation of Automatic Stay Against the State of Maryland and City of Laurel Pursuant to 11 U.S.C. §§ 362(a)(1), (a)(3), (a)(6) and (k), and Request for Hearing (the "Motion"). No opposition has been filed to the Motion. Nevertheless, the Court has reviewed the Motion and requires further information from the Debtor regarding the suspension of her license and the state-court trial that was scheduled for January 8, 2020. Specifically, within fourteen (14) days of the date of entry of this Memorandum, the Court would like the Debtor to provide a more detailed explanation regarding the suspension of her driver's license and the nature of the state-court trial scheduled for January 8, 2020, and would like the Debtor to address whether the continued suspension of her driver's license and/or any trial related thereto falls under the "police and regulatory power" exception to the automatic stay set forth in 11 U.S.C. § 362(b)(4). Lastly, the Court would like the Debtor to address whether the exception to discharge contained in 11 U.S.C. § 523(a)(7) is applicable to the types of fines and/or penalties owed by the Debtor to the State of Maryland and/or City of Laurel.

**End of Memorandum**

cc: Debtor

    Debtor's Counsel

    Office of the United States Trustee

    State of Maryland
    c/o Brian Frosh, Esq.
    Attorney General of Maryland
    200 St. Paul Place
    Baltimore, MD 21202

    City of Laurel
    c/o Lawrence N. Taub, Esq.
    7850 Walker Dr., Suite 310
    Greenbelt, MD 20770